IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL PARDA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **CIVIL ACTION  04-00550-WS-B** |
| | * | |
| **JO ANNE B. BARNHART,** | * | |
| **Commissioner of** | * | |
| **Social Security,** | * | |
| | * | |
| Defendant. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 15, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 12th day of August, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE