# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**CHERYL PARDA,**      *

     *

       **Plaintiff,**      *

     *

**vs.**      *      **Civil Action No. 04-00550-WS-B**

     *

**JO ANNE B. BARNHART,**      *

**Commissioner of**      *

**Social Security,**      *

     *

       **Defendant.**      *

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 1, 2006, is **ADOPTED** as the opinion of this Court.  Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$1,725.00,** which was previously awarded pursuant to the Equal Access to Justice Act.

DONE and ORDERED this 8th day of December, 2006.



                       s/WILLIAM H. STEELE
                       UNITED STATES DISTRICT JUDGE