IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL PARDA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 04-00550-WS-B |
| | * | |
| **JO ANNE B. BARNHART,** | * | |
| Commissioner of | * | |
| Social Security, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff be authorized to receive **$2,335.25** as a fee for services rendered before this Court, said amount representing the remaining balance of twenty-five percent (25%) of the total past-due benefits of $30,541.00 awarded Plaintiff.

DONE and ORDERED this 8th day of December, 2006.

                                                  s/WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE